IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 11-03331 ESL |
|---|---|
| JUAN A BIBILONI MAYSONET | CHAPTER 7 |
| DEBTOR(S) | |

## NOTICE OF CONTINUANCE OF MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN THAT:**

The meeting creditors schedule for **May 24, 2011 at 10:30** will be re-schedule for the same date of **May 24, 2011 at 2:30 pm** at the first floor of the Ochoa Building, at the corner of #500 Tanca and Comercio Streets, Old San Juan, PR.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to US Trustee, Chapter 7 Trustee and we sent copy of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

**IN SAN JUAN, PUERTO RICO**, this 11th day of May of 2011.

**RESPECTFULLY SUBMITTED.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.      ADM SISTEMA RETIRO
0104-3                                U.S. Post Office and Courthouse Building  P O BOX 42003
Case 11-03331-ESL7                    300 Recinto Sur Street, Room 109          SAN JUAN, PR 00940-2203
District of Puerto Rico               San Juan, PR 00901-1964
Old San Juan
Wed May 11 14:49:01 AST 2011

AEELA                                 ATT WIRELESS                              BAYAMON HEALTH CENTER
P O BOX 364508                        P O BOX 192830                            P O BOX 2759
SAN JUAN, PR 00936-4508               SAN JUAN, PR 00919-2830                   BAYAMON, PR  00960-2759


CENTENNIAL                            CLARO                                     COLON ATIENZA LEGAL &
P O BO 71333                          P O BOX 70366                             REPOSSESSION SERVICES PSC
SAN JUAN, PR 00936-8433               SAN JUAN, PR  00936-8366                  P O BOX 21382
                                                                                SAN JUAN, PR 00928-1382


Collection                            Credit Protection Asso                    DEPT DE TRANSPORTACION
700 Longwater Dr                      13355 Noel Rd Ste 2100                    Y OBRAS PUBLICAS
Norwell, MA 02061-1796                Dallas, TX 75240-6837                     P O BOX 41269
                                                                                SAN JUAN, PR  00940-1269


DISHNETWORK                           Enhanced Recovery Co L                    JULIO R CALDERON
P.O. Box 71413                        8014 Bayberry Rd                          P O BOX 21382
SAN JUAN, PR 00936-8513               Jacksonville, FL 32256-7412               SANJUAN, PR 00928-1382


Jeffcapsys                            Midland Cred                              ONELINK
16 Mcleland Rd                        P O BOX 60578                             P O BOX 192296
Saint Cloud, MN 56303-2198            LOS ANGELES, CA 90060-0578                SAN JUAN, PR  00919-2296


RELIABLE FINANCIAL                    SPRINT                                    VERIZON
P O BOX 21382                         P O BOX 660075                            P O BOX 2800
SAN JUAN, PR  00928-1382              DALLAS, TX 75266-0075                     LEHIGH VALLEY, PA  18002-8002


JOSE M PRIETO CARBALLO                JUAN A BIBILONI MAYSONET                  MONSITA LECAROZ ARRIBAS
JPC LAW OFFICE                        A181 VILLA ICACOS                         OFFICE OF THE US TRUSTEE (UST)
PO BOX 363565                         EL PLANTIO                                OCHOA BUILDING
SAN JUAN, PR 00936-3565               TOA BAJA, PR 00949-4475                   500 TANCA STREET  SUITE 301
                                                                                SAN JUAN, PR 00901-1938

NOREEN WISCOVITCH RENTAS              End of Label Matrix
PO BOX  20438                         Mailable recipients    24
WEST PALM BEACH, FL 33416-0438        Bypassed recipients     0
                                      Total                  24
```